No. 905. NEW YORK EX REL. BLAGDEN *v.* LYNCH ET AL. May 7, 1934. Petition for rehearing denied. See *ante,* p. 602.

No. 867. INDIAN VALLEY R. Co. *v.* UNITED STATES ET AL. Submitted May 7, 1934. Decided May 14, 1934. *Per Curiam:* The decree herein is affirmed. *Texas & Pacific Ry. Co.* v. *Gulf, Colorado & Santa Fe Ry. Co.,* 270 U.S. 266, 273, 277; *Chesapeake & Ohio Ry. Co.* v. *United States,* 283 U.S. 35, 42; *Claiborne-Annapolis Ferry Co.* v. *United States,* 285 U.S. 382, 392; *Interstate Commerce Comm'n* v. *Oregon-Washington R. & N. Co.,* 288 U.S. 14, 36, 37; *Virginian Ry. Co.* v. *United States,* 272 U.S. 658, 663; *Georgia Commission* v. *United States,* 283 U.S. 765, 775; *New York Central Securities Co.* v. *United States,* 287 U.S. 12, 29. Messrs. *John L. McNab, John E. Truman,* and *S. C. Wright* were on the brief, for appellant. *Solicitor General Biggs, Assistant Attorney General Stephens,* and *Messrs. Carl McFarland, M. S. Huberman, Mac Asbill, Daniel W. Knowlton,* and *Edward M. Reidy* were on the brief for the United States et al.